THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Dale Epps, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Greenville County
C. Victor Pyle, Jr., Trial Judge
G. Edward Welmaker, Post-Conviction Judge 
Memorandum Opinion No. 2009-MO-027
Submitted June 10, 2009  Filed June 15, 2009 
DISMISSED

 
 
 
 Appellate Defender Joseph L. Savitz, III, South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Assistant Attorney General Karen C. Ratigan, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Petitioner seeks
 a writ of certiorari from the denial of his application for post-conviction
 relief (PCR).
We
 deny the petition as to petitioners Question 2.
Because
 there is sufficient evidence to support the PCR judges finding that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we grant
 certiorari on petitioners Question 1, dispense with further briefing, and
 proceed with a review of the direct appeal issue pursuant to Davis v. State,
 288 S.C. 290, 342 S.E.2d 60 (1986).

Counsel for petitioner has filed a brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and a petition to be relieved as counsel. 
 Petitioner has filed a pro se response and a petition for a writ
 of habeas corpus.  After a thorough review of the record pursuant to Anders,
 we dismiss the appeal and grant the petition to be relieved as counsel. 
 Further, we deny the petition for a writ of habeas corpus.

DISMISSED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.